# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Rodney Lester

                Plaintiff,

v.

Peter O'Rourke

                Defendant.

Case No.: 1:17–cv–01772
Honorable John Robert Blakey

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 4, 2022:

    MINUTE entry before the Honorable John Robert Blakey: Telephonic motion hearing held on 1/4/2022. Plaintiff's motion to enforce judgment [141] is granted and Intervenor's motion to intervene [147] is denied as stated on the record. Motion hearing set for 1/13/2022 is stricken. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.